IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DOHN LEE LACOUNT, | : |
| Plaintiff, | : |
| VS. | : |
| | : CIVIL No: 5:14-CV-0417-MTT-CHW |
| MEDICAL STAFF at Bibb County Jail, | : |
| Deputy OGLETREE, Deputy ROSE, | : |
| and Deputy BILLINGS, | : |
| Defendants | : |

## ORDER OF DISMISSAL

Plaintiff Dohn Lee LaCount, a prisoner previously confined in the Bibb County Jail in Macon Georgia, filed a *pro se* civil rights complaint seeking relief under 42 U.S.C. § 1983. Shortly after the Complaint was filed, the United States Magistrate Judge conducted a preliminary review and entered an Order and Recommendation. *See* Order, Doc. 11, Dec. 17, 2014. That order was mailed to Plaintiff at the Bibb County Jail, but later returned as non-deliverable. A few weeks later, Plaintiff submitted a motion showing a return address at the Monroe County Jail. The Court thus amended his address on the docket and mailed another order to Plaintiff at the Monroe County Jail. *See* Order, Doc. 23, Feb. 13, 2015. That order was also returned as undeliverable. The Court has now inquired at both the Bibb County Jail and Monroe County Jail, and neither claim to have Plaintiff in custody.

Plaintiff, however, has not notified this Court of his release or transfer or of his current whereabouts. As this Court has no information regarding Plaintiff's current

address, it is hereby **ORDERED** that his Complaint be **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED** this 16th day of March, 2015.

                                                                <u>S/ Marc T. Treadwell</u>
                                                                MARC T. TREADWELL, JUDGE
                                                                UNITED STATES DISTRICT COURT

jlr